UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| ROBERT H. JONES, | ) | |
| | ) | |
| | ) | Civil No: 15-02-GFVT |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | |
| | ) | **JUDGMENT** |
| LIBERTY MUTUAL INSURANCE, | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Order entered contemporaneously with this Judgment, and pursuant to Federal Rules of Civil Procedure 56 and 58, it is hereby **ORDERED and ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Defendants Liberty Mutual Insurance, et al., and the claims against each Defendant are **DISMISSED WITH PREJUDICE;**
2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay; and
3. This matter is **STRICKEN** from the Court's active docket.

This, the 28th day of October, 2015.

